UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
KASH ADVANCE, LLC,

                        Plaintiff,

   – against –

C&C RESIDENTIAL PROPERTIES INC. d/b/a C&C
RESIDENTIAL PROPERTIES, *et al.*,

                        Defendants.
------------------------------------------------------------------------x

**ORDER**

No. 24-CV-6351 (CS)

Seibel, J.

      For the reasons set forth on the record on September 6, 2024, Defendants' application for a Temporary Restraining Order is DENIED. Defendants' amended counterclaims and renewed motion for a Preliminary Injunction ("PI") to be submitted by October 7, 2024. Plaintiff's opposition to Defendants' PI motion and cross-motion to dismiss to be submitted by November 7, 2024. Defendants' reply to the PI motion and opposition to Plaintiff's cross-motion to be submitted by November 21, 2024. Plaintiff's reply to the cross-motion to be submitted by December 5, 2024.

**SO ORDERED.**

Dated: September 9, 2024
       White Plains, New York

                                                            _____
                                                             CATHY SEIBEL, U.S.D.J.