**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
KASH ADVANCE, LLC,

                        Plaintiff,

       -against-                               24 **CIVIL** 6351 (CS)

                                        **JUDGMENT**

C&C RESIDENTIAL PROPERTIES INC. d/b/a
C&C RESIDENTIAL PROPERTIES, et al.,

                        Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 14, 2026, judgment is entered in favor of Plaintiff and against Defendants in the requested amount of $156,607.50; accordingly, the case is closed.

**Dated:**  New York, New York

        January 21, 2026

                                **TAMMI M. HELLWIG**
                                _____
                                  **Clerk of Court**

                **BY:**          K. mango

                              _____
                                **Deputy Clerk**